### WOMACK et al. v. PARKER.

ATKINSON, J. This case upon its facts is controlled by the decision rendered in *Womack* v. *Baker*, 158 *Ga.* 249 (123 S. E. 209). Following the ruling in that case, the writ of error is dismissed, and leave is granted to treat and consider the official copy of the bill of exceptions on file in the trial court as exceptions pendente lite.

*Writ of error dismissed. All the Justices concur.*

*Hendrix & Buchanan,* for plaintiffs in error.

*Roy Lewis,* contra.